# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1957
Lower Tribunal No. 2020-SC-054204

_____

DWAIN M. HALE,

Appellant,

v.

JOSAM PRODUCTS, INC., and JOSAM FRAME & ALIGNMENT,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Orange County.
Brian S. Sandor, Judge.

May 14, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.

Dwain M. Hale, Clermont, pro se.

Josam Products, Inc., Orlando, pro se.

No Appearance for Appellee, Josam Frame & Alignment.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED